# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 22, 2008

*Before*

WILLIAM J. BAUER, *Circuit Judge*

JOHN L. COFFEY, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 07-2832

| | |
|---|---|
| ANGELA TYSON,<br>    Plaintiff-Appellant,<br><br>v.<br><br>GANNETT INCORPORATED, doing<br>business as INDIANAPOLIS STAR<br>AND NEWS,<br>    Defendant-Appellee. | Appeal from the United<br>States District Court<br>for the Southern District<br>of Indiana, Indianapolis<br>Division.<br><br>No. 05 C 1848<br><br>Richard L. Young,<br>    Judge. |

**ORDER**

The slip opinion issued in the above-entitled cause on August 19, 2008, is amended as follows:

On page 1, the identification of the lower court described as emanating from the Southern District of Illinois should be modified to reflect that this appeal is from the Southern District of Indiana, Indianapolis Division.

On page 2, the first sentence of the first full paragraph should now read: Tyson's employer, Gannett, is the owner of the newspaper known as the Indianapolis Star.